# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:07CR69-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JAMES OTIS HENDERSON. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon Thomas A. M. Boggs' Motion for Admission Pro Hac Vice (#84). Based on the contentions in such motion, the representations made to this court during the initial appearance in open court, and the stellar reputation of Mr. Boggs within the legal community, the court will of its own motion convert the motion from *pro hac vice* to one for *special admission.*

Finding that employment of local counsel is not necessary in light of Mr. Boggs' qualifications, the court will allow Mr. Boggs to proceed before this court without the association of local counsel. Mr. Whitesides, who sponsored Mr. Boggs' admission to the Bar of this court and made a limited appearance for such purpose, is thanked for his service and relieved of further representation of Mr. Henderson as local counsel.

# ORDER

**IT IS, THEREFORE, ORDERED** that Thomas A. M. Boggs' Motion for Admission Pro Hac Vice is **GRANTED,** and Thomas A. M. Boggs' is **ADMITTED** to specially appear and represent Mr. Henderson in this particular case without association of local counsel.  Mr. Whitesides, who specially appeared in this matter for the purpose of introducing Mr. Boggs, is respectfully **RELIEVED** of further appearing in this matter.

Signed: August 15, 2007

Dennis L. Howell
United States Magistrate Judge