FILED
ASHEVILLE, N.C.

FEB 27 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Asheville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr69-02 |
| | ) | |
| JAMES OTIS HENDERSON | ) | |

## ORDER

The matter is before the Court on defendant's motion to alter the conditions of his release to remove the requirement that he wear an ankle bracelet for electronic monitoring (doc. no. 391).

For good cause shown,

It is hereby **ORDERED** that defendant's motion to alter the conditions of his release is **GRANTED** and the condition requiring defendant to wear an ankle bracelet for electronic monitoring is hereby **REMOVED**.

All other terms and conditions of defendant's release remain in full force and effect.

The Clerk is directed to send a copy of this Order to the Magistrate Judge, the Marshal's Service, the Probation Office and all counsel of record.

/s/

_____
T. S. Ellis, III
United States District Judge

Alexandria, VA
February 27, 2008